Amanda Bruss (SBN 246249)
Bruss Legal PLLC
7550 East 53rd Place #172464
Denver, CO 80217
Tel: (415) 271-5754
E-mail: amanda@brusslegal.com

Attorney for Plaintiff CBM Interactive Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | MISC. CASE NO. 25-80281 |
| | **DECLARATION OF AMANDA BRUSS IN SUPPORT OF REQUEST FOR SUBPOENA TO DISCORD, INC. PURSUANT TO 17 U.S.C. § 512(h)** |

I, Amanda L. Bruss, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this Court. I am employed by the law firm Bruss Legal (the "Firm"), counsel for CBM Interactive Inc. ("CBM Interactive"). Amongst other works, CBM Interactive is the owner in the United States and other territories of *Aika Online*, a Massively Multiplayer Online Role-Playing Game (MMORG), (the "Work"), including, without limitation, artwork contained therein. The Firm is authorized to act on CBM Interactive's behalf in the protection of copyrights and/or exclusive rights possessed by CBM Interactive pertaining to the Work.

2. CBM Interactive is requesting the attached proposed subpoena that would order Discord to disclose identifying information, including email address(es) and IP address(es) or other information within Discord's possession, custody, or control sufficient to identify the user(s) responsible for making available for distribution and/or otherwise controlling infringing material

DECLARATION OF AMANDA BRUSS                                                                 MISC. CASE NO. 25-80281

currently or formerly available on the server. The purpose for which this subpoena is sought is to obtain the identity of users who have posted content that infringes on the Work onto the Discord platform.

    3.    The information obtained will be used only for the purpose of protecting the rights granted to CBM Interactive under the Copyright Act.

    4.    Under 17 U.S.C. § 512(C)(3)(A), CBM Interactive has submitted two takedown notices Discord identifying the infringing content posted by the infringing user(s) and provided the information required by 17 U.S.C. § 512(c)(3)(A). True and accurate copies of the submitted notifications are attached hereto as **Exhibit 1 and Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: September 17, 2025

                                                              */s/ Amanda L. Bruss*
                                                              Amanda Bruss (SBN 246249)
                                                              Bruss Legal PLLC
                                                              7550 East 53rd Place
                                                              Denver, CO 80217
                                                              Tel: (415) 271-5754
                                                              amanda@brusslegal.com

# Bruss Declaration Exhibit 1

Date: July 8, 2025

To Copyright Agent:

This notice is submitted by DAZIUNDA, LLC, on behalf of CBM Interactive, Inc. ("**Copyright Owner**"), pursuant to the Digital Millennium Copyright Act (the "**Act**") and Discord's Terms of Service.

The Copyright Owner possesses the exclusive rights to the copyrighted work (the "**Work**") identified below:

1. Title of the Work: Aika Online
    A. Official Website: https://aikaonline.cbmgames.com/
    B. Description of the Work: Aika Online is a massively multiplayer online role-playing game (MMORPG) for which CBM Interactive, Inc. holds the exclusive rights to distribute and operate in the designated territories. The game was originally developed by HanbitSoft and JoyImpact, and includes a wide range of copyrighted content such as proprietary game client software, graphics, animations, music, sound effects, scripts, and storyline.

We have discovered that private servers infringing upon the rights of the Copyright Owner, have been set up on Discord for illicit commercial activities, actively recruiting users.

This DMCA Notice has been written to request the immediate blockage of their servers, channels, and any IDs involved in the copyright infringement.

Please find below a detailed description of how each copyright infringer utilizes Discord for their infringing activities.


### I. Private Server

1. Circumventing the technological protective measures applied to the online game client developed and serviced by the Copyright Owner.
    A. Analyzing server-client communications through reverse engineering and developing server emulators imitating the server software developed by the Copyright Owner.

   B. Modifying the game client to connect to their server emulator IP.
2. Providing services related to the Work without lawful permission.
   A. Establishing accounts and servers on various OSPs, including Discord, to offer Work-related services for profit.
      i. Building websites.
      ii. Creating Discord IDs, servers, and channels.
      iii. Establishing Facebook pages and groups.
   B. Distributing the game client link modified as per section 1B on various OSPs including Discord.
   C. Directing users to connect to their private servers through the client mentioned in section 2B.
3. Engaging in illicit commercial activities without the permission of the Copyright Owner.
   A. Setting up various payment methods and bank accounts.
   B. Creating various in-game items on the altered client as per section 1 and promoting them through various OSPs established in section 2.
   C. Guiding users through Discord IDs to payment methods, selling in-game items through conversations, and obtaining illegal profits.

As illustrated, those involved in various forms of copyright infringement are using Discord services to maximize their illegal gains. For effective prevention of their infringing activities, immediate blocking of the Discord servers mentioned in this document is imperative.

It is important to note that simply deleting the message links cited as examples might not fully address the issue. These are instances of copyright infringement on Discord servers. To ensure comprehensive resolution, considering the blocking of both servers and the IDs of infringers might be beneficial. This can prevent continued infringing activities and protect the interests of all involved parties.

Exhibits attached to this document provide the server IDs of each Discord Server, UIDs of the infringers, and example message links demonstrating the infringing activities, as elaborated upon for each infringer.

I hereby state, under penalty of perjury, that the information contained in this Notice is accurate and that I am the authorized agent acting on behalf of the Copyright Owner. I have a good faith belief that the use of the Work described above, and used in the manner complained of, is not authorized by the Copyright Owner, its agent, or under the law.



We trust you will understand our concerns and, as stipulated in Sections 512(c)(1)(C) and 512(d)(3) of the Act and in accordance with Discord's own Terms of Service, we demand the immediate blocking of the Discord servers used for copyright infringement.

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the email address set forth as follows:

    Name and Title: Sungchul Hwang, Technician
    Company: DAZIUNDA, LLC
    Address: 675 Dalseo-daero, Dalseo-gu, Daegu, 42601, Republic of Korea
    Email address: shiraz@daziunda.com
    Telephone: +82-10-2683-1597

                                                             Truthfully

                                                            Sungchul Hwang


## Exhibits – Private Server

### 1. Infringed Work – AIKA Online

| Server Name | Category | Description |
|---|---|---|
| AIKA Origins | Website (if applicable) | https://aikaorigins.com/ |
| | Discord Server ID | 1369357999088603166 |
| | Infringer UID | - Admin: 381603856716529674, 112044768577536000, 295741698070413314 |
| | | - Game Master: 173613032004517889, 290138186154246144, 123132210130845700, 268923931694596097 |
| | | - Game Money Reseller(Payment Gateway): 239820387309846530, 123512414468702208, 123599908308516865, 1322778333141925950, 235896873595043840, 316431462868058114, 490487627426955287, 214104654374502421, 1317441607309463556, 398481527991828480 |
| | Invite Code | https://discord.com/invite/xG7UbPuU |
| | Example message link of infringing activity | https://discord.com/channels/1369357999088603166/1369358000053026980/1388917382289953038 |
| | | https://discord.com/channels/1369357999088603166/1369358000053026980/1384905176762159165 |
| | | https://discord.com/channels/1369357999088603166/1369555675524632588/1381587027144740956 |
| | | https://discord.com/channels/1369357999088603166/1369357999780401180/1381538798961299528 |
| | | https://discord.com/channels/1369357999088603166/1369364606434414743/1377741712297955358 |

# Bruss Declaration Exhibit 2

DAZIUNDA
Erase All Private Servers!

Date: July 11, 2025

To Copyright Agent:

This notice is submitted by DAZIUNDA, LLC, on behalf of CBM Interactive, Inc. ("**Copyright Owner**"), pursuant to the Digital Millennium Copyright Act (the "**Act**") and Discord's Terms of Service.

The Copyright Owner possesses the exclusive rights to the copyrighted work (the "**Work**") identified below:

1. Title of the Work: Aika Online
    A. Official Website: https://aikaonline.cbmgames.com/
    B. Description of the Work: Aika Online is a massively multiplayer online role-playing game (MMORPG) for which CBM Interactive, Inc. holds the exclusive rights to distribute and operate in the designated territories. The game was originally developed by HanbitSoft and JoyImpact, and includes a wide range of copyrighted content such as proprietary game client software, graphics, animations, music, sound effects, scripts, and storyline.

We have discovered that private servers infringing upon the rights of the Copyright Owner have been set up on Discord for illicit commercial activities, actively recruiting users. Notably, the individual responsible for a previously removed Discord server—taken down in response to a DMCA Notice—has recreated the server under the same name and resumed the same infringing activities.

This DMCA Notice has been written to request the immediate blockage of their servers, channels, and any IDs involved in the copyright infringement.

Please find below a detailed description of how each copyright infringer utilizes Discord for their infringing activities.

## I. Private Server

1. Circumventing the technological protective measures applied to the online game client

      developed and serviced by the Copyright Owner.
- A. Analyzing server-client communications through reverse engineering and developing server emulators imitating the server software developed by the Copyright Owner.
- B. Modifying the game client to connect to their server emulator IP.

2. Providing services related to the Work without lawful permission.
   - A. Establishing accounts and servers on various OSPs, including Discord, to offer Work-related services for profit.
       - i. Building websites.
       - ii. Creating Discord IDs, servers, and channels.
       - iii. Establishing Facebook pages and groups.
   - B. Distributing the game client link modified as per section 1B on various OSPs including Discord.
   - C. Directing users to connect to their private servers through the client mentioned in section 2B.

3. Engaging in illicit commercial activities without the permission of the Copyright Owner.
   - A. Setting up various payment methods and bank accounts.
   - B. Creating various in-game items on the altered client as per section 1 and promoting them through various OSPs established in section 2.
   - C. Guiding users through Discord IDs to payment methods, selling in-game items through conversations, and obtaining illegal profits.

As illustrated, those involved in various forms of copyright infringement are using Discord services to maximize their illegal gains. For effective prevention of their infringing activities, immediate blocking of the Discord servers mentioned in this document is imperative.

It is important to note that simply deleting the message links cited as examples might not fully address the issue. These are instances of copyright infringement on Discord servers. To ensure comprehensive resolution, considering the blocking of both servers and the IDs of infringers might be beneficial. This can prevent continued infringing activities and protect the interests of all involved parties.

Exhibits attached to this document provide the server IDs of each Discord Server, UIDs of the infringers, and example message links demonstrating the infringing activities, as elaborated upon for each infringer.

I hereby state, under penalty of perjury, that the information contained in this Notice is accurate



and that I am the authorized agent acting on behalf of the Copyright Owner. I have a good faith belief that the use of the Work described above, and used in the manner complained of, is not authorized by the Copyright Owner, its agent, or under the law.

We trust you will understand our concerns and, as stipulated in Sections 512(c)(1)(C) and 512(d)(3) of the Act and in accordance with Discord's own Terms of Service, we demand the immediate blocking of the Discord servers used for copyright infringement.

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the email address set forth as follows:

    Name and Title: Sungchul Hwang, Technician
    Company: DAZIUNDA, LLC
    Address: 675 Dalseo-daero, Dalseo-gu, Daegu, 42601, Republic of Korea
    Email address: shiraz@daziunda.com
    Telephone: +82-10-2683-1597

                                        Truthfully

                                        Sungchul Hwang



## Exhibits – Private Server

### 1. Infringed Work – AIKA Online

| Server Name | Category | Description |
|---|---|---|
| AIKA Origins | Website (if applicable) | https://aikaorigins.com/ |
| | Discord Server ID | 1392343845462605864 |
| | Infringer UID | - Admin: 1392332525564592128, 1392345900356997120<br>- Developer: 231588977373741056<br>- Game Master: 173613032004517889, 123132210130845700, 268923931694596097, 996130130416107662<br>- Bot: 1392386806040887387, 1392369232418963566, 199381547474878465, 1325579039888511056, 159985870458322944, 243083212719521792<br>- Game Money Reseller(Payment Gateway): 216195504785063937, 123512414468702208, 1317441607309463556, 1322778333141925950, 235896873595043840, 530240282017529856, 123599908308516865, 214104654374502421, 398481527991828480, 239820387309846530 |
| | Invite Code | https://discord.gg/aorigins |
| | Example message link of infringing activity | https://discord.com/channels/1392343845462605864/1392671225930842352/1392671225930842352<br>https://discord.com/channels/1392343845462605864/1392478729665642546/1392478729665642546<br>https://discord.com/channels/1392343845462605864/1392678031780483073/1392678031780483073<br>https://discord.com/channels/1392343845462605864/1392696478769872987/1392696478769872987<br>https://discord.com/channels/1392343845462605864/1392432976612167841/1392432976612167841<br>https://discord.com/channels/1392343845462605864/1392351457793150976/1392912316965851137<br>https://discord.com/channels/1392343845462605864/1392343845718720539/1392416577806274570<br>https://discord.com/channels/1392343845462605864/1392343845718720539/1392893275387461763<br>https://discord.com/channels/1392343845462605864/1392363619974643845/1392376547989524602 |